UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| **DOROTHY BARLOW, as Executor of the Estate of WALLACE WADE WHITEHEAD,**<br><br>Plaintiff,<br>v.<br><br>**ABBVIE INC., et al.,**<br><br>Defendant. | Civil Action No. 1:15-cv-03896<br><br>**STIPULATION TO DISMISS AND TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Dorothy Barlow, as Executor of the Estate of Wallace Wade Whitehead, and Defendants hereby stipulate and agree that Plaintiff may file a First Amended Short Form Complaint in the above-captioned case to amend her Complaint and add additional Defendant Eli Lilly & Co. and dismiss Defendants AbbVie Inc. and Abbott Laboratories. Attached hereto, as Exhibit 1, is a true and correct copy of Plaintiff's proposed First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Dated: September 6, 2017

<div style="display: flex;">

<div>

*/s/ Rachel Abrams*
Rachel Abrams (CA #209316)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, CA  94104
Telephone: (415) 426-3000
Email: rabrams@levinsimes.com
*Attorney for Plaintiff*

</div>

<div>

/s/ Christopher R. Boisvert (w/consent)
Christopher R. Boisvert
**DECHERT LLP**
2929 Arch St., Cira Centre,
Philadelphia, PA 19104
Telephone: (215) 9974-4000
Email: chip.boisvert@dechert.com
*Attorney for Defendants*

</div>

</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748 |
| DOROTHY BARLOW, as Executor of the Estate of WALLACE WADE WHITEHEAD, | Honorable Matthew F. Kennelly |
| Plaintiff(s),<br>v.<br>Eli Lilly & Co. | |
| | Case No.: 1:15-cv-03896 |
| Defendant(s).<br>*All parties are to be included per Fed.R.Civ.P. 10(a)* | |

# FIRST AMENDED MASTER SHORT-FORM COMPLAINT FOR INDIVIDUAL CLAIMS

1. Plaintiff(s), DOROTHY BARLOW, as Executor of the Estate of WALLACE WADE WHITEHEAD, state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

## VENUE

3. Venue for remand and trial is proper in the following federal judicial district: Middle District of North Carolina

## IDENTIFICATION OF PLAINTIFF(S)
## AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): **WALLACE WADE WHITEHEAD**
Former Residence: Liberty, North Carolina

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: None/not applicable

6. Survival and/or Wrongful Death claims:

   a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

   WALLACE WADE WHITEHEAD
   Liberty, North Carolina

   b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

   DOROTHY BARLOW, Executor of the Estate of WALLACE WADE WHITEHEAD
   200 S. Valley Street, Liberty, North Carolina 27298

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): Liberty, North Carolina

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): Liberty, North Carolina

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: August 2011

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: May 5, 2013, the date of his death

11. [Plaintiff/Decedent] used the following TRT products, which Plaintiff contends caused his injury(ies):

- ☐ AndroGel
- ☐ Testim
- ☑ Axiron
- ☐ Depo-Testosterone
- ☐ Androderm
- ☐ Testopel
- ☐ Fortesta

- ☐ Striant
- ☐ Delatestryl
- ☐ Other(s) (please specify): _____

12. [Plaintiff/Decedent] is suing the following Defendants:

- ☐ AbbVie Inc.
- ☐ Abbott Laboratories
- ☐ AbbVie Products LLC
- ☐ Unimed Pharmaceuticals, LLC
- ☐ Besins Healthcare Inc.
- ☐ Besins Healthcare, S.A.

- ☑ Eli Lilly and Company
- ☐ Lilly USA, LLC
- ☐ Acrux Commercial Pty Ltd.
- ☐ Acrux DDS Pty Ltd.

- ☐ Pfizer, Inc.
- ☐ Pharmacia & Upjohn Company Inc.

- ☐ Endo Pharmaceuticals, Inc.
- ☐ Auxilium Pharmaceuticals, Inc.
- ☐ GlaxoSmithKline, LLC

- ☐ Actavis, Inc.
- ☐ Actavis Pharma, Inc.
- ☐ Actavis Laboratories UT, Inc.
- ☐ Anda, Inc.

☐ Other(s) (please specify): None/not applicable

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

None/not applicable

a. TRT product(s) distributed: _____

b. Conduct supporting claims: _____

_____

_____

_____

14. TRT caused serious injuries and damages including but not limited to the following: Cardiac arrest, ST-segment elevation myocardial infarction and death

_____

_____

15. Approximate date of TRT injury: May 5, 2013

_____

**ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY
ADOPTED AND INCORPORATED IN THIS LAWSUIT**

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

- ✔ Count I – Strict Liability – Design Defect
- ✔ Count II – Strict Liability – Failure to Warn
- ✔ Count III – Negligence

| | |
|---|---|
| ☑ | Count IV – Negligent Misrepresentation |
| ☑ | Count V – Breach of Implied Warranty of Merchantability |
| ☑ | Count VI – Breach of Express Warranty |
| ☑ | Count VII – Fraud |
| ☐ | Count VIII – Redhibition |
| ☑ | Count IX – Consumer Protection |
| ☑ | Count X – Unjust Enrichment |
| ☑ | Count XI – Wrongful Death |
| ☑ | Count XII – Survival Action |
| ☐ | Count XIII – Loss of Consortium |
| ☑ | Count XIV – Punitive Damages |
| ☑ | Prayer for Relief |
| ☐ | Other State Law Causes of Action as Follows: None/not applicable |

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the 6 day of September, 20 17.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

/s/ Rachel B. Abrams
Signature

OF COUNSEL:
(name) Rachel B. Abrams (California Bar No. 209316)
(firm) LEVIN SIMES LLP
(address) 44 Montgomery St., 32nd Fl, San Francisco, CA 94104
(phone) (415) 426-3000
(email) rabrams@levinsimes.com